NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHRISTINA KAY BOOTH,                    )
                                        )
        Appellant,                      )
                                        )
v.                                      )        Case No. 2D18-3787
                                        )
U.S. BANK NATIONAL ASSOCIATION,         )
as trustee, successor in interest to    )
Bank of America, National Association   )
as trustee successor by merger to       )
LaSalle Bank, National Association as   )
trustee for Washington Mutual Asset-    )
Backed Certificates WMABS Series        )
2006-HE3 Trust,                         )
                                        )
        Appellee.                       )
_____)

Opinion filed June 28, 2019.

Appeal from the Circuit Court for Pinellas
County; Patricia Ann Muscarella, Judge.

Christina Kay Booth, pro se.

Charles E. Stoecker and William L. Grimsley
of McGlinchey Stafford, Jacksonville, for
Appellee.

PER CURIAM.

            Affirmed.

CASANUEVA, VILLANTI, and LUCAS, JJ., Concur.